832 A.2d 317

IN THE MATTER OF WILLIAM P. MIKITA, JR., AN ATTORNEY
AT LAW (ATTORNEY NO. 021921994).

October 1, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–110, concluding that **WILLIAM P. MIKITA, JR.,** of **WOODBRIDGE,** who was admitted to the bar of this State in 1994, should be reprimanded for violating *RPC* 1.5(c) (failure to provide client with written statement of outcome on conclusion of contingent fee matter), *RPC* 5.3(b) ( failure to supervise non-lawyer assistants), *RPC* 8.4(c) (dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **WILLIAM P. MIKITA, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.